# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gilstrap, James R. | 2. Court or Organization  US District Court, Eastern District of Texas | 3. Date of Report  09/19/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |
|---|---|---|

**7. Chambers or Office Address**

100 East Houston Street
Marshall, TX 75670

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Tommy B. & Lucille Jackson Slaughter Foundation No. 2 |
| 2. | Trustee | T. Whitfield Davidson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/13 | Law fee income from prior law firm. | $50,503.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Marshall Floral Co.-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University So. California | 03/13/13 to 03/15/13 | Beverly Hills, CA | Educational seminar or program | Travel |
| 2. | Fed. Circuit Bar Assn. | 4/24/13 to 4/25/13 | Plano, TX | Educational seminar or program | Travel |
| 3. | Fed. Circuit Bar Assn. | 06/19/13 to 06/23/13 | Colorado Springs, CO. | Educational seminar or program | Travel |
| 4. | State Bar of Texas | 07/25/13 to 07/27/13 | Albuquerque, NM | Educational seminar or program | Travel |
| 5. | ED TX Bar Assn. | 10/29/13 to 10/31/13 | Plano, TX | Educational seminar or program | Travel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gilstrap, James R. | 09/19/2014 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Georgetown University and University of CA-Berkeley | 10/31/13 to 11/03/13 | Washington, DC | Educational seminar or program | Travel |
| 7. | State Bar of Texas | 11/15/13 to 11/17/13 | Houston, TX | Educational seminar or program | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |


## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa Inc common stock | A | Dividend | K | T | Buy | 11/25/13 | K | | |
| 2. American Electric Power-common stock | C | Dividend | L | T | | | | | |
| 3. Bank of America common stock | | None | | | Sold | 02/19/13 | J | | |
| 4. Boeing Co. common stock | B | Dividend | M | T | | | | | |
| 5. Citigroup common stock | A | Dividend | J | T | Sold (part) | 02/22/13 | J | | |
| 6. Disney Co. common stock | B | Dividend | L | T | | | | | |
| 7. Exxon Mobil common stock | B | Dividend | L | T | Sold (part) | 07/02/13 | J | | |
| 8. Ford Motor Co. common stock | A | Dividend | K | T | | | | | |
| 9. General Electric common stock | D | Dividend | O | T | Sold (part) | 07/02/13 | K | | |
| 10. Home Depot common stock | A | Dividend | K | T | Sold (part) | 02/19/13 | J | | |
| 11. Intel common stock | B | Dividend | L | T | | | | | |
| 12. JNJ common stock | C | Dividend | O | T | Sold (part) | 07/02/13 | J | | |
| 13. McDonalds Corp. common stock | B | Dividend | L | T | | | | | |
| 14. Merck & Co. Inc. common stock | A | Dividend | J | T | | | | | |
| 15. Norfork Southern Co. common stock | C | Dividend | M | T | | | | | |
| 16. Pepsico Inc. common stock | A | Dividend | K | T | | | | | |
| 17. Pfizer common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Southern Co. common stock | A | Dividend | K | T | | | | | |
| 19. MMM common stock | C | Dividend | N | T | | | | | |
| 20. Spdr S&P 500 ETF Trust common stock | B | Dividend | M | T | Buy | 03/01/13 | L | | |
| 21. Woodside Petroleum common stock | A | Dividend | J | T | | | | | |
| 22. Weyerhaeuser common stock | A | Dividend | K | T | | | | | |
| 23. Mineral Rights, Harrison Co. TX, ▒ ▒ GU | A | Royalty | J | Q | | | | | |
| 24. Mineral Rights, Harrison Co. TX, ▒ GU | C | Royalty | J | Q | | | | | |
| 25. Mineral Rights, Harrison Co. ▒ ▒ GU | B | Royalty | J | Q | | | | | |
| 26. BP common stock | | None | | | Sold | 02/22/13 | J | | |
| 27. Berkshire Hathaway Class B common stock | A | Dividend | K | T | | | | | |
| 28. Comcast Corp. common stock | | None | | | Sold | 02/22/13 | J | | |
| 29. Coca Cola Co. common stock | B | Dividend | L | T | | | | | |
| 30. Colgate Palmolive Co. common stock | A | Dividend | J | T | | | | | |
| 31. Corning Inc. common stock | A | Dividend | J | T | | | | | |
| 32. EMC Corp. Mass common stock | A | Dividend | J | T | | | | | |
| 33. Microsoft common stock | A | Dividend | J | T | | | | | |
| 34. Proctor & Gamble common stock | D | Dividend | O | T | Sold (part) | 07/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Invesco Large Cap. Growth Fund class B | | None | J | T | | | | | |
| 36. | Alliance-Bernstein Large Cap Growth Fund class A | | None | J | T | | | | | |
| 37. | Federated Muni Ultrashort Fd Is. #253 | A | Dividend | M | T | Sold (part) | 08/13/13 | M | | |
| 38. | Mass Investors Growth Stock Fund Class A | | None | J | T | | | | | |
| 39. | McGraw Hill Co. Inc. common stock | B | Dividend | K | T | | | | | |
| 40. | Target Stores common stock | A | Dividend | J | T | | | | | |
| 41. | Time Warner Inc. common stcok | A | Dividend | J | T | | | | | |
| 42. | Schlumberger Ltd. common stock | A | Dividend | K | T | Sold (part) | 02/22/13 | J | | |
| 43. | JP Morgan Chase common stock | A | Dividend | K | T | Sold (part) | 01/09/13 | J | | |
| 44. | Emerson Electric common stock | A | Dividend | K | T | | | | | |
| 45. | IBM common stock | A | Dividend | K | T | Sold (part) | 01/09/13 | J | | |
| 46. | Sysco Corp. comon stock | A | Dividend | J | T | | | | | |
| 47. | Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 48. | WalMart Stores Inc. common stock | A | Dividend | J | T | | | | | |
| 49. | Muni Bond-Birmingham GO Bond | B | Interest | K | T | | | | | |
| 50. | Muni Bond-Canyon Tx. Wtr. Authority Contr. Rev. | D | Interest | L | T | | | | | |
| 51. | Muni Bond-El Paso TX Cert of Oblg. | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Muni Bond-Crosby TX Indpt. Sch Dist. Tax Sch Bldg Bds. | B | Interest | M | T | Buy | 08/08/13 | M | | |
| 53. Muni Bond-Irving TX ISD GO | B | Interest | L | T | | | | | |
| 54. Muni Bond-Lake Worth TX ISD GO | | None | | | Redeemed | 02/15/13 | K | | |
| 55. Muni Bond-Montgomery Co. TX GO | B | Interest | L | T | | | | | |
| 56. Muni Bond-Mt. Pleasant TX Util Dist Rev | | None | | | Redeemed | 03/15/13 | K | | |
| 57. Muni Bond-N. Ft. Bend TX Water Dist | C | Interest | M | T | | | | | |
| 58. Muni Bond-N. TX Water Dist Rev. | B | Interest | L | T | | | | | |
| 59. Muni Bond-Pearland TX Cert of Oblg. | C | Interest | L | T | | | | | |
| 60. Muni Bond-Port Arthur Tx. Indpt.School District | B | Interest | L | T | | | | | |
| 61. Muni Bond-Katy Tex Indpt. Sch. Dist Tax Sch Bldg Bds. | B | Interest | M | T | Buy | 08/16/13 | M | | |
| 62. Muni Bond-San Marcos TX Water Rev. | B | Interest | K | T | | | | | |
| 63. Muni Bond-Univ of Houston Rev | | None | | | Redeemed | 02/15/13 | K | | |
| 64. Muni Bond-Victoria TX Cert of Oblig. | B | Interest | K | T | | | | | |
| 65. Muni Bond-Galveston Co. TX Housing Rev. | B | Interest | J | T | | | | | |
| 66. Muni Bond-Valley AL Hosp. Rev | B | Interest | K | T | | | | | |
| 67. Muni Bond-TN Housing Dev Rev. | B | Interest | K | T | | | | | |
| 68. Muni Bond-Denver CO. Convention Ctr. Rev. | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 9 of 19

Name of Person Reporting

Gilstrap, James R.

Date of Report

09/19/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Muni Bond-Zapata Co. TX GO | B | Interest | K | T | | | | | |
| 70. Muni Bond-Destin FL Rev. | B | Interest | K | T | | | | | |
| 71. Muni Bond-MS State GO | B | Interest | | | Redeemed | 12/10/13 | K | | |
| 72. Muni Bond-MS State Univ. Rev | B | Interest | K | T | | | | | |
| 73. Muni Bond-Tyler TX Jr. College Rev. | A | Interest | K | T | | | | | |
| 74. Muni Bond-Dickens Co. TX Pub. Fac. Rev. | B | Interest | J | T | | | | | |
| 75. Muni Bond-Leander TX ISD Zero Coupon Bond | | None | L | T | | | | | |
| 76. Muni Bond-TN Energy Acq. Rev. | B | Interest | K | T | | | | | |
| 77. Muni Bond-Monett MO Tax Incr. Rev. | A | Interest | J | T | | | | | |
| 78. Muni Bond-Bowling KY GO | B | Interest | K | T | | | | | |
| 79. Muni Bond-Knox Co. TN Health Fac. Rev. | B | Interest | K | T | | | | | |
| 80. Muni Bond-Mineola TX GO | B | Interest | K | T | | | | | |
| 81. Mineral Rights, Harrison Co. TX ▭ GU | D | Royalty | K | Q | | | | | |
| 82. Mineral Rights, Harrison Co. TX ▭ GU | C | Royalty | K | Q | | | | | |
| 83. Mineral Rights, Harrison Co. TX ▭ GU | A | Royalty | J | Q | | | | | |
| 84. Mineral Rights, Harrison Co. TX ▭ GU | B | Royalty | J | Q | | | | | |
| 85. Mineral Rights, Harrison Co. TX ▭ - ▭ GU | D | Royalty | K | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mineral Rights, Harrison Co. TX ▓▓▓ GU | B | Royalty | K | Q | | | | | |
| 87. Mineral Rights, Harrison Co. TX ▓▓▓ GU | A | Royalty | J | Q | | | | | |
| 88. ▓▓▓ Harrison Co., TX Timber Tract | | None | M | Q | | | | | |
| 89. ▓▓▓ Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 90. ▓▓▓ Harrison Co. TX Timber Tract | | None | M | Q | | | | | |
| 91. ▓▓▓ Harrison Co. TX Timber Tract | | None | L | Q | | | | | |
| 92. ▓▓▓ Cass Co. TX Timber Tract | | None | N | Q | | | | | |
| 93. Mineral Rights, Panola Co. TX ▓▓▓ GU | A | Royalty | J | Q | | | | | |
| 94. CapitalOne Bank-Marshall TX various bank acct.s | D | Interest | M | T | | | | | |
| 95. BancorpSouth-Marshall TX checking acct. | | None | J | T | | | | | |
| 96. First St. Bank-Hallsville TX CD | B | Interest | M | T | | | | | |
| 97. Chase Bank-Marshall TX M/Mkt. acct #1 | A | Interest | J | T | | | | | |
| 98. First St. Bank Carthage TX M/Mkt. acct | D | Interest | N | T | | | | | |
| 99. Edward Jones Cash Mgn. Acct.#1 | A | Interest | N | T | | | | | |
| 100. TX Bank & Trust; M/Mkt accts | B | Interest | M | T | | | | | |
| 101. CapitalOne Bank-Marshall TX Agency CMA acct. | A | Interest | N | T | | | | | |
| 102. Chase Bank-Marshall, TX M/Mkt. acct. #2 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BancorpSouth Marshall, TX CD | B | Interest | M | T | | | | | |
| 104. Citizens National Bank-Marshall TX M/Mkt. acct. | B | Interest | N | T | | | | | |
| 105. Edward Jones Cash Mgn. Acct. #2 | A | Interest | O | T | | | | | |
| 106. Denton TX Util. Dist. Rev Muni | C | Interest | L | T | Buy | 01/03/13 | L | | |
| 107. Sumter Co. AL GO Muni | | None | | | Redeemed | 01/03/13 | L | | |
| 108. Carriage Service Corp. common stock | | None | J | T | | | | | |
| 109. Reassure America Universal Life Policy | B | Interest | K | T | | | | | |
| 110. Foundation #1 | F | Int./Div. | P1 | T | | | | | |
| 111. -Fidelity M/Mkt Acct. and CapOne checking acct. | | | | | | | | | |
| 112. -Accenture common stock | | | | | | | | | |
| 113. -Ensco PLC Class A common stock | | | | | | | | | |
| 114. -Frontline Common stock | | | | | | | | | |
| 115. -AT&T common stock | | | | | | | | | |
| 116. -Abbott Labs common stock | | | | | | | | | |
| 117. -Altria Group common stock | | | | | | | | | |
| 118. -American Express common stock | | | | | | | | | |
| 119. -Amgen common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Apache corp. common stock | | | | | | | | | |
| 121.  -Apple Inc. common stock | | | | | | | | | |
| 122.  -Auto Data Processing common stock | | | | | | | | | |
| 123.  -Automatic Data Process Inc. common stock | | | | | Sold | 01/01/13 | K | | |
| 124.  -Becton Dickinson common stock | | | | | | | | | |
| 125.  -Boeing common stock | | | | | | | | | |
| 126.  -CF Inds Holdings common stock | | | | | Sold | 09/11/13 | K | | |
| 127.  -Centurylink Inc. common stock | | | | | Sold | 02/20/13 | K | | |
| 128.  -CSX common stock | | | | | | | | | |
| 129.  -Chevron common stock | | | | | | | | | |
| 130.  -Coca Cola common stock | | | | | | | | | |
| 131.  -ConocoPhillips common stock | | | | | | | | | |
| 132.  -Deere & Co. common stock | | | | | | | | | |
| 133.  -Devon Energy common stock | | | | | Sold | 02/20/13 | K | | |
| 134.  -Digital Rlty. Tr. Inc. common stock | | | | | | | | | |
| 135.  -Disney common stock | | | | | | | | | |
| 136.  -Dominion Res. common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -DuPont common stock | | | | | | | | | |
| 138. -Entergy common stock | | | | | | | | | |
| 139. -ExxonMobil common stock | | | | | | | | | |
| 140. -Fluor Corp. common stock | | | | | | | | | |
| 141. -GE common stock | | | | | | | | | |
| 142. -Goldman Sachs common stock | | | | | | | | | |
| 143. -HP common stock | | | | | Sold | 09/11/13 | J | | |
| 144. -Home Depot common stock | | | | | | | | | |
| 145. -Honeywell common stock | | | | | | | | | |
| 146. -Intel common stock | | | | | | | | | |
| 147. -IBM common stock | | | | | | | | | |
| 148. -EAFE Index Fund | | | | | | | | | |
| 149. -Russell 2000 Value Index Fund | | | | | | | | | |
| 150. -Chase common stock | | | | | | | | | |
| 151. -JNJ common stock | | | | | | | | | |
| 152. -Kinder Morgan Inc. Del. common stock | | | | | Sold | 09/11/13 | J | | |
| 153. -Kraft Foods Group Inc. common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Eli Lilly common stock | | | | | | | | | |
| 155.  -McDonald's common stock | | | | | | | | | |
| 156.  -McKesson common stock | | | | | | | | | |
| 157.  -Medtronic common stock | | | | | | | | | |
| 158.  -Microsoft common stock | | | | | | | | | |
| 159.  -Mondelez Int. Inc. common stock | | | | | | | | | |
| 160.  -Molson-Coors common stock | | | | | Sold | 01/03/13 | J | | |
| 161.  -Monsanto common stock | | | | | | | | | |
| 162.  -National Oilwell Inc. common stock | | | | | | | | | |
| 163.  -Nike common stock | | | | | | | | | |
| 164.  -Novartis common stock | | | | | | | | | |
| 165.  -Oracle common stock | | | | | | | | | |
| 166.  -PNC finl. Svcs Group common stock | | | | | | | | | |
| 167.  -Pfizer Inc. common stock | | | | | | | | | |
| 168.  -Philip Morris common stock | | | | | | | | | |
| 169.  -Phillips 66 common stock | | | | | | | | | |
| 170.  -PG common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Qualcomm common stock | | | | | | | | | |
| 172. -Royal Dutch Shell PLC common stock | | | | | | | | | |
| 173. -S&P 400 Midcap Eft Trust | | | | | | | | | |
| 174. -Schumberger common stock | | | | | | | | | |
| 175. -Sempra Energy common stock | | | | | | | | | |
| 176. -Simon Ppty Group common stock | | | | | | | | | |
| 177. -Southern Co, common stock | | | | | | | | | |
| 178. -Sysco common stock | | | | | Sold | 09/11/13 | J | | |
| 179. -Texas Instr. common stock | | | | | | | | | |
| 180. -3M common stock | | | | | | | | | |
| 181. -Travelers common stock | | | | | | | | | |
| 182. -United Techs common stock | | | | | Sold | 09/11/13 | K | | |
| 183. -Verizon common stock | | | | | | | | | |
| 184. -Visa common stock | | | | | Sold | 09/11/13 | J | | |
| 185. -Vodafone Group common stock | | | | | | | | | |
| 186. -Wells Fargo common stock | | | | | | | | | |
| 187. -Thornburg Internat'l Value Fund class I | | | | | Sold | 11/19/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Am. Gen. Med. Term Sr. Notes due 06/01/2013 | | | | | Redeemed | 06/03/13 | L | | |
| 189. -Vanguard Total Bond Mkt. Index Fund | | | | | | | | | |
| 190. -CapitalOne checking/operating acct. | | | | | | | | | |
| 191. -Mineral Rights; ▓▓▓ GU, Harrison Co, Tx | | | | | | | | | |
| 192. -Mineral Rights; ▓▓▓ GU, Harrison Co, Tx | | | | | | | | | |
| 193. -Mineral Rights; ▓▓▓ GU, Harrison Co, Tx | | | | | | | | | |
| 194. Foundation #2 | E | Int./Div. | P1 | T | | | | | |
| 195. -CapitalOne Bank-checking | | | | | | | | | |
| 196. ▓▓▓ timberland in NW Harrison Co., TX | | | | | | | | | |
| 197. -Ally Bank CD | | | | | Redeemed | 10/22/13 | K | | |
| 198. -Emerson Elecric common stock | | | | | | | | | |
| 199. -JNJ common stock | | | | | | | | | |
| 200. -Pepsico common stock | | | | | | | | | |
| 201. -PG comon stock | | | | | | | | | |
| 202. -Royal Dutch Shell common stock-ADR | | | | | | | | | |
| 203. -Mineral Rights; ▓▓▓ Harrison Co, Tx | | | | | | | | | |
| 204. -Mineral Rights; ▓▓▓, Harrison Co, Tx | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Mineral Rights; ▓▓▓▓, Harrison Co, Tx | | | | | | | | | |
| 206. -Mineral Rights; ▓▓▓▓, Harrison Co, Tx | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 09/19/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for all items listed in Part VII was 12-31-13.

Tommy B. and Lucille Jackson Slaughter Foundation No. 2 is identified in Part VII as Foundation #1.

T. Whitfield Davidson Foundation is identified in Part VII as Foundation #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Gilstrap**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544